IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02595-REB-BNB

WILDEARTH GUARDIANS,

Plaintiff,

v.

KEN SALAZAR, in his official capacity as Secretary of the
United States Department of the Interior,

Defendant.

_____

**ORDER**

_____

This matter arises on **Defendant's Unopposed Motion for Stay of Proceedings** [Doc. #

6, filed 12/10/2010] (the "Motion to Stay"). The parties seek to stay all proceedings "pending

final action by the United States Judicial Panel on Multidistrict Litigation on a Notice of Tag-

Along Actions filed on December 7, 2010." Motion to Stay [Doc. # 6] at p. 1. In support of the

Motion to Stay, the defendant states:

> This action is one of many, nearly identical actions filed by
> Plaintiff WildEarth Guardians alleging that the United States Fish
> and Wildlife Service failed to respond toseveral petitions to list
> hundreds of species pursuant to the mandatory timelines set forth
> in the Endangered Species Act, 16 U.S.C. §1531 *et seq.* While the
> underlying facts and circumstances of the instant case are specific
> to the gila monster ( *Heloderma suspectum*), the Complaint raises
> issues that are nearly identical to those raised in the cases
> consolidated before the MDL.

Memorandum In Support [Doc. # 6-1] at pp. 1-2.

I find that granting the stay is likely to conserve judicial resources and the resources of the parties and will not result in any prejudice to any party.

IT IS ORDERED:

(1)    The Motion to Stay [Doc. # 6] is GRANTED, and all proceedings are stayed pending further order of the court;

(2)    The scheduling conference set for January 13, 2011, at 2:30 p.m., is VACATED; and

(3)    The parties shall file a status report within 10 days of any order on the Notice of Tag-Along Actions reporting the ruling and addressing what pretrial proceedings, if any, should be scheduled in this court.

Dated December 13, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge